IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA
    Plaintiff-Appellee

No. 22-6947 (L)

v.

No. 22-6948
(1:14-cr-00194-TDS-1)

DONALD RAY MORGAN  (1:14-cr-00414-TDS-1)
    Defendant-Appellant  (1:20cv-00965-TDS-JLW)

## Request to Rehear Motion

To the honorable Judges WYNN, QUATTLEBAUM AND FLOYD:

I received notice that you dismissed my motion as TIME BARRED. However, I respectfully move this Court to weigh the background for my appeal. As you noted, my motion was DISMISSED by Judge T.D. Schroeder on January 12, 2022. It was done without issuing a certificate of Appealability, which I understood to mean that I COULD NOT APPEAL. I am a layman, who is further restricted by placement into MAX CUSTODY ADX solitary confinement with limited and restricted access to outside persons and communications.

I wrote Judge T.D. Schroeder in August 2022 after my momma was overcome by her long battle with cancer in July. He was aware even during my sentencing in May 2015 that she was battling breast cancer. I wrote him only to ask for some mercy and relief from the

1 of 4

court in a sentence reduction. He responded to me and put my case on your docket, and I was instructed to complete the informal brief and submit it to your appeal court. I did so on time, and I put my appeal for your mercy and consideration. However, I received a dismissal based on time? Your judgement stated that I had 60 days from January 12, 2022. However, I was never notified by the Clerk or in the Judgement that firstly, I could Appeal and secondly, I had 60 days to do so. In fact, every correspondence between the Court and me from the beginning of my 2255 motion until its dismissal, the Clerk advised me of any time restraints or limits. Since, I am NOT trained in legal procedures how could I have knowledge? More importantly, why or how could the Judge order my case to be placed upon your docket for consideration while knowing it would be DOA? That not only seems to be unfair but cruel. My appeal has merit, and I am asking this court to weigh my issues. I am asking your honors to not simply toss my appeal due to time restrictions that I was not Notified about nor had knowledge. I am asking this Court to consider Judge T. D. Schroeder's compassionate order to put my appeal on your docket. I have not received any responses or help from

2 of 4

any public defender, law school, legal group or even my own legal counsel, Andy McCoppin who was assigned to help me, but he never did. So all I could do is try to help myself from solitary confinement. I lost my momma while never seeing her again and I've lost a decade with my only son. It just seems unfair, this "justice" system, which leaves me alone to sort out what all of you had to complete university, law school and professional training to perform, to engage your "system" with any realistic hope of defending myself. All I ask you to do is give my appeal a fair, considerate, thoughtful review of my Informal brief. Please dont just slam the door upon me with a symantec angle of time bar that I wasn't even notified about. Contact Judge T.D. Schroeder, because he's been the only person in this entire legal process who has demonstrated any humanity and compassion. He placed me upon your docket; so how can I be time barred? What is law isn't always right. As the quote in the classic "Cool Hand Luke" goes when the guard put Luke in the "box" said "I'm just doing my job Luke, you got to appreciate that" to which Luke replied, "Calling it your job dont make it right." I'm asking you to do what's right. Thank you for your time and consideration. My appeal has merit, and Lord willing you will agree.

3 of 4

Respectfully submitted,

DONALD MORGAN 80886053
ADX Florence
PO Box 8500
Florence, CO 81226

RECEIVED
2023 JUN 15 PM 1:56
U.S. ...
FOURTH CIRCUIT

Donald Morgan 80886053
AD X Florence
Po Box 8500
Florence, Co 81226

Legal mail

US Court of Appeals
Clerk's Office
1100 E, main St, Suite 501
Richmond, VA 23219

DENVER CO 802
9 JUN 2023 PM 3 L

RECEIVED
S. MARSHALS

23219-351799

Legal mail

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

JUN 09 2023

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.