UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6947 (L)
(1:14-cr-00194-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant - Appellant

_____

No. 22-6948
(1:14-cr-00414-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant – Appellant

## ORDER

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Wynn, Judge Quattlebaum, and Senior Judge Floyd.

    For the Court

    /s/ Nwamaka Anowi, Clerk